THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00279-MR-DLH

| | | |
|---|---|---|
| **A.M., as lawful guardian *ad litem* of Minor Child, K.M.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| **BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN DOES 1-10, and MICHAEL ANDREW ALEXANDER,** | ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court *sua sponte.*

Pursuant to Local Rule 16.1, the parties were required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred on December 16, 2013, when the Defendant Michael Andrew Alexander answered the Plaintiff's Complaint.[1]

---

[1] The Plaintiff also names "John Does 1-10" as defendants in this action. The Plaintiff, however, has not identified any of these Defendants or apparently attempted to effect service upon them.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than seven (7) days from the entry of this Order. The parties shall file a certificate of initial attorneys' conference with the Court no later than seven (7) days thereafter.

**IT IS SO ORDERED.** Signed: March 4, 2014

Martin Reidinger
United States District Judge