THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00279-MR-DLH

| | |
|---|---|
| A.M., as Lawful Guardian Ad Litem of Minor Child, K.M., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BURKE COUNTY PUBLIC SCHOOLS )<br>BOARD OF EDUCATION, LINDA )<br>BRADSHAW, JOHN ROES 1-10, and )<br>MICHAEL ALEXANDER, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion for Summary Judgment [Doc. 20] and Motion to Seal [Doc. 22] filed by the Defendants Burke County Public Schools Board of Education and Linda Bradshaw.

The Defendants' Motions fail to comply with the requirement set forth in the Pretrial Order and Case Management Plan which requires that motions and briefs be in at least 14 point type. [Doc. 11 at 5]. The Defendants also failed to include a supporting brief with their Motion to Seal, in violation of Local Civil Rule 7.1(C). Additionally, the Defendants have failed to include: (1) a statement as to why there are no alternatives to filing under seal; (2) a statement as to the period of time the party seeks to

have the material maintained under seal and as to how the matter is to be handled upon unsealing; and (3) any supporting statutes, case law or other authority. See LCvR 6.1(C). Further, the Defendants have not submitted the documents that they seek to have filed under seal to the Court, either for *in camera* review or under seal as part of the record. See LCvR 6.1(D). For all of these reasons, the Defendants' Motions are denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Motion for Summary Judgment [Doc. 20] and Motion to Seal [Doc. 22] filed by the Defendants Burke County Public Schools Board of Education and Linda Bradshaw are **DENIED WITHOUT PREJUDICE** due to their failure to comply with the Local Rules and the requirements of this Court.

**IT IS SO ORDERED.**

Signed: September 23, 2014

Martin Reidinger
United States District Judge