**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | |
|---|---|
| **T.A., as guardian *ad litem* of Minor Child, H.S.,**      ) | **CIVIL CASE NO. 1:13-CV-00278-MR-DLH (LEAD CASE)** |
|         **Plaintiff,**    ) | |
| **vs.**    ) | **JUDGMENT AS TO DEFENDANT MICHAEL ANDREW ALEXANDER** |
| **BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al.,**    ) | |
|         **Defendants.**    ) | |
| _____ ) | |
| **A.M., as guardian *ad litem* of Minor Child, K.M.,**    ) | **CIVIL CASE NO. 1:13-CV-00279-MR-DLH** |
|         **Plaintiff,**    ) | |
| **vs.**    ) | |
| **BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al.,**    ) | |
|         **Defendants.**    ) | |
| _____ ) | |

**THESE MATTERS** are before the Court on the separate Confession

of Judgment documents [Docs. 69 and 70] executed by Defendant Michael

Andrew Alexander in favor of each of the minor Plaintiffs.[1]  Based upon

these filings, the Court finds that the Defendant Michael Andrew Alexander

has: (1) authorized the Court to enter judgment against him and in favor of

minor Plaintiff H.S. in the amount of One Million Dollars ($1,000,000.00)

[Doc. 92]; and, (2) authorized the Court to enter judgment against him and in

favor of minor Plaintiff K.M. in the amount of One Million Dollars

($1,000,000.00) [Doc. 93].

     **IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

     (1) Judgment is hereby entered in favor of minor Plaintiff H.S. and

against the Defendant Michael Andrew Alexander on all claims asserted by

said Plaintiff against said Defendant and minor Plaintiff H.S. shall have and

recover One Million Dollars ($1,000,000.00) from the Defendant Michael

Andrew Alexander in the form of damages; and

     (2) Judgment is hereby entered in favor of minor Plaintiff K.M. and

against the Defendant Michael Andrew Alexander on all claims asserted by

said Plaintiff against said Defendant and minor Plaintiff K.M. shall have and

recover One Million Dollars ($1,000,000.00) from the Defendant Michael

---

[1] Due to the nature of this proceeding, and because it involves minor Plaintiffs, many of the parties are identified on the public docket through the use of pseudonyms. Previously filed under seal in this matter, and incorporated herein by reference, is a "Sealed Addendum" [Doc. 66] specifically identifying the minor Plaintiffs and their guardians *ad litem* by true name and other identifying information.

Andrew Alexander in the form of damages; and

    (3)    The parties shall bear their own costs of this action.

**IT IS SO ORDERED.**

Signed: September 12, 2015

Martin Reidinger
United States District Judge